UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JARED BEATTY,

    Plaintiff,

v.

OLIN CORPORATION,

    Defendant.

Case No. 09-cv-795-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Olin Corporation and against Plaintiff Jared Beatty,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: July 13, 2011**

    **NANCY ROSENSTENGEL, CLERK**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**